Peter P. Edrington, State Bar No. 074355
Dolores M. Donohoe, State Bar No. 111432
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320

Attorneys for Defendants CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT, CHRIS MAGNUS, KENDALL BAGGETT and FLORENCIO RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NECO YARBOUGH, an individual; KRISTY FREEMAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND; RICHMOND POLICE DEPARTMENT; CHRIS MAGNUS; KENDALL BAGGETT; FLORENCIO RIVERA; and DOES 1 through 50, inclusive.<br><br>Defendants.<br>_____/ | CASE NO.:  C10-03012 CW<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |

The parties hereby agree and stipulate, through their attorneys of record, that the deadline to complete Early Neutral Evaluation be extended to April 15, 2011 for the following reasons:

The current deadline to complete the Early Neutral Evaluation is February 7, 2011.

The Early Neutral Evaluation was scheduled for February 2, 2011.

Edwin J. Wilson, Jr., the Early Neutral Evaluator, is currently in trial in Alameda County Superior Court. He does not expect to conclude the trial until mid-March, 2011, after which he will be available to conduct the ENE session.

**IT IS SO STIPULATED.**

Dated:                                        THE CARDOZA LAW OFFICES, INC.

                                              By    /s/
                                                    Jacqueline C. Fagerlin, Esq.
                                                    Attorney for Plaintiffs

Dated:                                        EDRINGTON, SCHIRMER & MURPHY

                                              By    /s/
                                                    DOLORES M. DONOHOE
                                                    Attorney for Defendant

**IT IS SO ORDERED.**

Dated: **2/3/2011**                           _____
                                              THE HONORABLE CLAUDIA WILKEN
                                              UNITED STATEDS DISTRICT COURT

cc: ADR

2

Protective Order