JACQUELINE C. FAGERLIN, ESQ. (CA SBN 187752)
The Cardoza Law Offices, Inc.
1220 Oakland Boulevard, Suite 200
Walnut Creek, CA 94596
Telephone: (925) 274-2900
Facsimile: (925) 274-2910
jfagerlin@cardolaw.com

Attorney for Plaintiffs,
NECO YARBOUGH,
KRISTY FREEMAN

PETER P. EDRINGTON (CA SBN 974355)
DOLORES M. DONOHOE (CA SBN 111432)
Edrington, Schirmer & Murphy
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
PEdrington@esmlawfirm.com
LDonohoe@esmlawfirm.com

Attorney for Defendants
CITY OF RICHMOND, RICHMOND
POLICE DEPARTMENT, CHRIS MAGNUS,
KENDALL BAGGETT and FLORENCIO RIVERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NECO YARBOUGH, an Individual; KRISTY FREEMAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND; RICHMOND POLICE DEPARTMENT; CHRIS MAGNUS; KENDALL BAGGETT; FLORENCIO RIVERA; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. C10-03012 CW<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS all parties to this action, namely, Plaintiffs NECO YARBOUGH and KRISTY FREEMAN and Defendants CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT, CHRIS MAGNUS, KENDALL BAGGETT and FLORENCIO RIVERA (the

"Settling Parties"), have reached a mutual and amicable Settlement and have entered into a separate agreement for settlement of this action, the terms of which are set for the in writing in the "Settlement Agreement and Full and Full and Final Release of All Claims" ("the Settlement Agreement"), to fully and finally resolve all matters relating to this action without trial;

 WHEREAS the Settlement Agreement covers all the claims in this action;

 WHEREAS the Settling Parties agree to pay their own attorney fees and costs;

 WHEREAS there are no further issues for the Court to resolve; and,

 WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiffs' causes of action set out in Plaintiffs' Complaint, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

 SO STIPULATED.

DATED: 8/23/11

THE CAROZA LAW OFFICES, INC.

By: *[signature]*
Jacqueline C. Fagerlin, Esq.
Attorneys for Plaintiffs
NECO YARBOUGH,
KRISTY FREEMAN

DATED:

EDRINGTON, SCHIRMER & MURPHY LLP

By: *[signature]*
Peter P. Edrington, Esq.
Attorneys for Defendants CITY OF RICHMOND, RICHMOND POLICE DEPARTMENT, CHRIS MAGNUS, KENDALL BAGGETT and FLORENCIO RIVERA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/23/2011

By: _____
HONORBALE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

SETTLEMENT AGREEMENT & FULL & FINAL RELEASE
Case No. C10-03012 CW

3